No. 90-540

IN THE SUPREME COURT OF THE STATE OF MONTANA

1991

AUGUSTA GEIGER,

      Plaintiff and Appellant,

  -vs-

DEPARTMENT OF REVENUE OF THE
STATE OF MONTANA,

      Defendant and Respondent.

APPEAL FROM:    District Court of the Seventh Judicial District,
               In and for the County of Dawson,
               The Honorable H. R. Obert, Judge presiding.

COUNSEL OF RECORD:

      For Appellant:

      John Houtz, Forsyth, Montana

      For Respondent:

      R. Bruce McGinnis, Tax Counsel, Dept. of Revenue,
      Helena, Montana

FILED

AUG 27 1991

Filed:   *Ed Smith*
CLERK OF SUPREME COURT
STATE OF MONTANA

Submitted on Briefs: July 16, 1991

Decided: August 27, 1991

Clerk

Justice Fred J. Weber delivered the Opinion of the Court.

September 27, 1990 the District Court of the Seventh Judicial District, Dawson County issued an order dismissing the plaintiff's original complaint. We reverse and remand.

The primary issue for review is restated as follows: Did the court mistakenly dismiss the original complaint?

September 4, 1984, the plaintiff, Augusta Geiger (Geiger), filed a complaint against the Dawson County Commissioners and the Montana Department of Revenue (DOR). On September 27, 1984, the DOR filed a motion to dismiss and supporting brief. The court took no action on the motion to dismiss at that time.

The trial court dismissed the Dawson County Commissioners from this action on July 7, 1988. The dismissal occurred as a result of a successful appeal by the Dawson County Commissioners, and a favorable ruling in Cantwell v. Geiger (1987), 228 Mont. 330, 742 P.2d 468.

On February 14, 1990, the District Court granted permission to amend the complaint and Geiger filed and served the amended complaint. February 21, 1990, following this filing the DOR moved the court to reconsider its order allowing Geiger to amend. Both parties submitted briefs; however, the court took no action on the issue at that time.

July 11, 1990, along with counsel, the court signed a pre-trial order setting out 39 contentions on behalf of the plaintiff and 53 contentions on behalf of the defendant. The pre-trial order

stated that it superseded the pleadings and "that all pleadings herein shall be amended to conform to this pre-trial order."

Finally, on September 27, 1990, after a hearing, the court dismissed the original complaint based on the DOR's motion to dismiss dated September 27, 1984. The record does not indicate that the court considered the amended complaint or the pre-trial order which took the place of the pleadings.

We conclude that the District Court acted inappropriately when it dismissed Geiger's case in total disregard of its previous orders. We hold that it was error for the District Court to dismiss the original complaint.

Reversed and remanded for reconsideration in a matter consistent with this opinion.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document with the Clerk of this Court and by a report of its result to the West Publishing Company.

_____
Justice

We Concur:

_____
Chief Justice

_____

_____

3

_____

_____

_____
Justices


Justice R. C. McDonough did not participate in this decision.